**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 97-7216

_____

DAVID J. KOCAYA,

                              Petitioner - Appellant,

        versus

SOUTH  CAROLINA  DEPARTMENT  OF  CORRECTIONS;
CHARLES MOLONY CONDON, Attorney General of the
State of South Carolina,

                              Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  William B. Traxler, Jr., District
Judge.  (CA-97-137-6-21AK)

_____

Submitted:  July 22, 1998          Decided:  July 31, 1998

_____

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

David J. Kocaya, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Kocaya v. South Carolina Dep't of Corrections, No. CA-97-137-6-21AK (D.S.C. July 31, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED